In the Matter of MICHAEL BUTLER, Petitioner. SOLOMON A. KLEIN, Respondent.— Application by petitioner, whose period of suspension has expired, for reinstatement as an attorney and counselor at law, referred to the Committee on Character and Fitness of the Second Judicial District for: (a) investigation and hearing as to whether the petitioner presently possesses the requisite character and fitness for an attorney at law; and (b) a report setting forth the committee's findings and recommendations. Pending such report, the application will be held in abeyance. Beldock, P. J., Christ, Brennan, Hill and Rabin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RONALD MILLER, Appellant.— Motion by appellant to dispense with printing on appeal from a judgment of the Criminal Court of the City of New York, Queens County. On the court's own motion, the appellant's motion and the said appeal are transferred to the Appellate Term of the Supreme Court, Second Judicial Department. The appeal was erroneously taken to this court; such Appellate Term is presently vested with the jurisdiction of such appeals (see N. Y. Const., art. VI, § 5, subd. b; § 8, subd. d; order of this court No. 47, dated July 12, 1962). Beldock, P. J., Christ, Brennan, Hill and Rabin, JJ., concur.